AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GERALD GUDGEL,

v.

COUNTY OF OKANOGAN, STATE OF WASHINGTON, GAVIN PRATT, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-108-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is in favor of Defendants and against the Plaintiff.

August 22, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer